IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

LAWRENCE PETERSON,                          :
            Plaintiff                       :
                  v.                        : Case No. 3:14-cv-50-KRG-KAP
REVEREND MOBOLAJI WOJUOLA,                  :
et al.,                                     :
            Defendants                      :

## Memorandum Order

After de novo review of the plaintiff's motion titled "Motion for Relief 60(b)/ Objections to Court's Order/ Supplemental Complaint" at docket no. 9, the Report and Recommendation at docket no. 10, and the timely objections at docket no. 11, the Report and Recommendation at docket no. 10 is adopted as the opinion of the Court and the plaintiff's motion at docket no. 9 is denied.

BY THE COURT:

DATE: June 27, 2014

KIM R. GIBSON,
UNITED STATES DISTRICT JUDGE

Notice by U.S. Mail to:

> Lawrence Peterson EK-2899
> S.C.I. Houtzdale
> P.O. Box 1000
> Houtzdale, PA 16698-1000